**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

JOHN BURCH,                                    )
                                               )
      Plaintiff,                           )
                                               )
v.                                             )          No. 19-05053-CV-SW-DPR-SSA
                                               )
ANDREW M. SAUL,                                )
                                               )
      Defendant.                           )

## <u>ORDER</u>

Before the Court is Plaintiff's Application for Attorney's Fees. (Doc. 14.) Pursuant to the

Equal Access to Justice Act, Plaintiff moves for an award of attorney fees in the amount of

$4,237.25. (Doc. 14-1.) Defendant has "no objection" to the relief requested. (Doc. 16.) Upon

review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and

the amount requested is reasonable. Also, per Plaintiff's Affidavit and Assignment of EAJA Fee

(doc. 14-3), the award may be made payable to Parmele Law Firm, P.C. Accordingly, it is

**ORDERED** that:

      1.  The Application for Attorney's Fees is **GRANTED**; and

      2.  An award of attorney fees in the amount of $4,237.25 shall be paid by the Social
         Security Administration, subject to offset to satisfy any pre-existing debt
         Plaintiff may owe to the United States.

      **IT IS SO ORDERED.**

                         */s/ David P. Rush*
                         DAVID P. RUSH
                         UNITED STATES MAGISTRATE JUDGE

DATE: January 11, 2021